13587

PENNELL & HARLEY, INC., v. HEARON *ET AL.*

(168 S. E., 188)

July, 1931.

18

20

24

*Messrs. Nicholls, Wyche & Russell,* for petitioner,

*Messrs. Nelson & Mullins,* for Holston Quarry Co. and *John M. Daniel, Attorney General* and *J. Ivey Humphrey, Assistant Attorney General* for State Highway Department,

26

February 23, 1933.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The issues involved in this cause, one in the original jurisdiction of this Court, were referred to the Honorable A. G. Kennedy as special referee. His report sets forth the facts, and his conclusions of law are entirely satisfactory to the Court. The report, which will be reported, is adopted as the opinion of this Court, and is affirmed in all respects.

MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.